**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

COACH, INC., et al.,

    Plaintiffs,

v.                                  Case No. 10-12813

"D" CLOTHING, et al.,

    Defendants.
                                        /

**ORDER DENYING PLAINTIFFS' APPLICATION FOR WAIVER**
**OF LOCAL COUNSEL REQUIREMENT**

On September 2, 2010, Plaintiffs Coach, Inc., and Coach Services, Inc., filed with this court an application to proceed without local counsel. An attorney admitted to practice in this district but not an active member of the State Bar of Michigan must specify local counsel unless the court relieves the attorney of this obligation. Local Rule 83.20(f). After consultation with counsel during the scheduling conference, the court is not persuaded that such waiver is warranted. Accordingly,

IT IS ORDERED that Plaintiff's "Application for Waiver of Local Counsel Requirement" [Dkt. # 11] is DENIED.


                                                  S/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: September 9, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 9, 2010, by electronic and/or ordinary mail.

                                                                   S/Lisa Wagner
                                                            Case Manager and Deputy Clerk
                                                           (313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\10-12813.COACH.local.counsel.nkt.wpd