**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

COACH, INC., and COACH SERVICES, INC.,

    Plaintiffs,

v.                                                           Case No. 10-12813

D & N CLOTHING, INC., and DANY BAJOCKA,

    Defendants.
                                                  /

**ORDER GRANTING MOTION TO EXTEND DISCOVERY
AND SETTING TELEPHONE CONFERENCE**

On September 10, 2010, the court issued a scheduling order in the above-captioned matter. That order set the deadline for completion of court-supervised discovery on February 7, 2011, and the deadline for filing dispositive motions on March 7, 2011. (9/10/2010 Order.) On the dispositive motion deadline, Plaintiffs Coach, Inc., and Coach Services, Inc., filed a motion to extend discovery, since responded to by Defendants.

With the motion, the court learned that Plaintiffs had not been able to schedule depositions of Defendant Dany Bajocka or Nada Mikha. On March 22, 2011, the court held a conference by telephone with counsel for Plaintiffs and Defendants, at which time a schedule was set for the remaining depositions, with a date agreed upon by the parties. Accordingly,

IT IS ORDERED that Plaintiff's motion to extend discovery [Dkt. # 24] is GRANTED. Plaintiffs are DIRECTED to depose Dany Bajocka and Nada Mikha on **March 29, 2011, at 9:00 a.m.** at the offices of Joseph Niskar.

IT IS FURTHER ORDERED that briefing on Defendants' motion for summary judgment [Dkt. # 25] is SUSPENDED pending this remaining discovery.

IT IS FURTHER ORDERED that counsel for Plaintiffs and Defendants REPORT THE STATUS OF DISCOVERY in a telephone status conference on **March 30, 2011, at 11:00 a.m.**  The court will initiate the call.

                               s/Robert H. Cleland
                               ROBERT H. CLELAND
                               UNITED STATES DISTRICT JUDGE

Dated:  March 23, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 23, 2011, by electronic and/or ordinary mail.

                               s/Lisa Wagner
                               Case Manager and Deputy Clerk
                               (313) 234-5522