**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

COACH, INC., and COACH SERVICES, INC.,

    Plaintiffs,

v.                                                              Case No. 10-12813

D & N CLOTHING, INC., and DANY BAJOCKA,

    Defendants.
                                                       /

**ORDER SETTING SCHEDULE FOR MOTIONS**

On March 22, 2011, the court held a telephone conference with counsel for Plaintiffs and Defendants regarding a discovery dispute that had arisen concerning certain depositions sought by Plaintiffs. An order issued the following day extending discovery and setting a telephone status conference for March 30, 2011. During that status conference, the parties agreed that the discovery requested by Plaintiffs had been obtained as directed.[1] Plaintiffs further indicated an intent to file a motion for partial summary judgment, which the court will permit. As Defendants' pending motion for summary judgment is premised upon lack of evidence of an element common to all of Plaintiffs' claims, Plaintiffs' motion for summary judgment will necessarily subsume their response to Defendants' motion. In the interest of judicial economy, therefore, Plaintiffs may incorporate their response within their motion. Briefing will be as set forth in this order, and the court will not schedule a hearing upon the motions unless later determined necessary. *See* E.D. Mich. LR 7.1(f)(2). Accordingly,

---

[1] Plaintiffs have indicated additional discovery may be necessary regarding damages should the case proceed to trial. The court defers consideration of that issue until it has resolved the pending and anticipated dispositive motions.

IT IS ORDERED that Plaintiffs are DIRECTED to file a motion for summary judgment and response to Defendants' motion for summary judgment no later than **April 20, 2011**. The argument portion of the brief shall be limited to twenty-five pages in length.

IT IS FURTHER ORDERED that Defendants are DIRECTED to file any reply to Plaintiffs' response no later than **May 4, 2011**.

IT IS FURTHER ORDERED that Defendants are DIRECTED to file a response to Plaintiffs' motion for summary judgment no later than **May 11, 2011**.

Finally, IT IS ORDERED that Plaintiffs are DIRECTED to file any reply to Defendant's response no later than **May 25, 2011**.

    s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: April 1, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 1, 2011, by electronic and/or ordinary mail.

    s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522