UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

COACH, INC., and COACH SERVICES, INC.,

    Plaintiffs,

v.                                                   Case No. 10-12813

D & N CLOTHING, INC., and DANY BAJOCKA,

    Defendants.
                                                          /

## ORDER OF DISMISSAL

The parties have notified the court that they have reached a mutually agreeable resolution to the above-captioned matter. The terms of their resolution will be memorialized in writing by the parties. Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED without prejudice to the right of Plaintiff to move by **February 29, 2012**, to vacate this order if settlement is not finalized. After **February 29, 2012**, this dismissal is with prejudice.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: October 28, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 28, 2011, by electronic and/or ordinary mail.

                                                  s/Lisa Wagner
                                                  Case Manager and Deputy Clerk
                                                  (313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\10-12813.COACH.Settlement.Conditional.Dismissal.jrc.wpd